Order issued September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-00599-CV

---

**ROLAND VON KURNATOWSKI, ET AL., Appellants**

V.

**CITY OF COMMERCE, TEXAS, ET AL., Appellees**

---

# ORDER

---

The Court has before it appellants' September 11, 2012 unopposed motion for leave to file amended appellate brief. The Court **GRANTS** the motion and **ORDERS** the amended brief tendered by appellants on September 11, 2012 to be timely filed as of today's date.

ELIZABETH LANG-MIERS
JUSTICE